UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020
```

------------------------------------------------------------------X
                                       :

KEITH FISHBERG,                               :

               Plaintiff,        :

                               :          20-cv-6664 (LJL)

       -v-                    :

                               :            ORDER

STATE FARM FIRE AND CASUALTY COMPANY,   :

                               :

             Defendant.     :

                               :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Notice of Removal in this case was filed on August 20, 2020.  Dkt. No. 1.  On September 24, 2020, Defendant filed a motion to dismiss.  Dkt. No. 12.  On November 6, 2020, the parties stipulated that Plaintiff would file an amended complaint by November 13, 2020, and Defendant would answer, move, or otherwise respond by December 4, 2020.  Dkt. No. 23.  Plaintiff timely filed its First Amended Complaint on November 13, 2020.  Dkt. No. 25.

       Pursuant to Paragraph 3(C) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed motion to dismiss is DENIED as MOOT.  The Clerk of Court is respectfully directed to close Dkt. No. 12.

       SO ORDERED.

Dated: November 25, 2020
      New York, New York                      _____
                                       LEWIS J. LIMAN
                               United States District Judge