UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/29/2021__
```

-----------------------------------------------------------------------X
: 
KEITH FISHBERG,                                                        :
                                                                      :
                          Plaintiff,                                  :
                                                                      :                    20-cv-6664 (LJL)
          -v-                                                         :
                                                                      :                    ORDER
STATE FARM FIRE AND CASUALTY COMPANY,                                 :
                                                                      :
                          Defendant.                                  :
                                                                      :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On March 23, 2021, the Court received an email from Plaintiff's counsel indicating its

intent to move to withdraw as counsel and with the attached proposed order.  Plaintiff's counsel

has not yet moved to withdraw.

To the extent that the proposed order can be conveyed as a motion to withdraw, that

order is denied without prejudice to the proper filing of a motion to withdraw pursuant to Local

Civil Rule 1.4 of the Local Rules of the U.S. District Court for the Southern District of New

York.  That rule states that such an application "may be granted only upon a showing by affidavit

or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case,

including its position, if any, on the calendar, and whether or not the attorney is asserting a

retaining or charging lien."  In addition, an application "must be served upon the client and

(unless excused by the Court) upon all other parties."

          SO ORDERED.

Dated: March 29, 2021                            _____
       New York, New York                                      LEWIS J. LIMAN
                                                         United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEITH FISHBERG,

                              Plaintiff,

            -against-

STATE FARM FIRE AND CASUALTY COMPANY,

                              Defendant.
-----------------------------------------------------------------X

Civil Action No.:
20-v-06664(LJL)

**ORDER TO SHOW CAUSE**

Upon reading and filing the annexed Declaration of Stefan B. Kalina, Esq. sworn to March __, 2021 (the "Supporting Papers") and upon all of the papers and proceedings heretofore had herein.

LET, the plaintiff, Keith Fishberg, show cause before this Court at 500 Pearl Street, New York, NY 10007, on the ___ of March, 2021, at ____ in the fore/afternoon of that day or as soon thereafter as counsel can be heard,

WHY an order should not be entered pursuant to Local Civil Rule 1.4 granting leave for Cox Padmore Skolnik & Shakarchy, LLP, to withdraw as counsel for plaintiff, Keith Fishberg, and that any and all pre-trial and trial proceedings are stayed for sixty (60) days to permit Keith Fishberg to obtain substitute counsel.

SUFFICIENT CAUSE having been alleged therefor, it is hereby

ORDERED, that pending the hearing and determination of this motion by Order To Show Cause, the above-captioned action is stayed; and it is further

ORDERED, that service of a copy of this Order, together with the Supporting Papers upon which it is granted, upon Plaintiff Keith Fishberg via electronic mail delivery on or before the ___ day of March, 2021, shall be deemed good and sufficient service herein; and it is further

ORDERED, that service of a copy of this Order, without the Supporting Papers upon which it is granted, upon counsel for Defendant, Rivkin Radler LLP, via the CM/ECF system for the Southern District of New York, on or before the ___ day of March, 2021, shall be deemed good and sufficient service herein; and it is further

ORDERED, that opposition papers, if any, by shall be filed with the Court and served in such a manner so as to be received by Cox Padmore Skolnik & Shakarchy LLP, on or before the ___ day of March, 2021; and it is further

ORDERED, that reply papers, if any, shall be served in such manner as to be received by Plaintiff Keith Fishberg and counsel for the Defendant, Rivkin Radler LLP, on or before the ___ day of March, 2021.

ENTER:

_____
HONORABLE LEWIS J. LIMAN, U.S.D.J.