```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
KEITH FISHBERG,                                     :
                                                    :
                                                    :
                    Plaintiff,                      :
                                                    :         20-cv-6664 (LJL)
        -v-                                         :
                                                    :            ORDER
STATE FARM FIRE AND CASUALTY COMPANY,               :
                                                    :
                    Defendant.                      :
                                                    :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The joint request at Dkt. No. 77 is granted. Discovery is STAYED for a period of thirty (30) days. The parties are directed to submit a revised case management plan to be submitted on or before June 8, 2022.

      SO ORDERED.

Dated: May 12, 2022  
      New York, New York

_____  
LEWIS J. LIMAN  
United States District Judge